UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

STEFHANY LOPEZ,
*as next friend of*
ROBERTH ALEXANDER
BOHORQUEZ ARCINIEGAS,

Petitioner,

v.

No. 6:26-CV-00067-H
No. 6:26-CV-00054-H

WARDEN, EDEN DETENTION
CENTER,

Respondent.

**ORDER CONSOLIDATING CASES**

Stefhany Lopez, a third-party, non-lawyer individual, filed a petition for writ of

habeas corpus under 28 U.S.C. § 2241, purporting to act as next friend on behalf of her

husband Roberth Alexander Bohorquez Arciniegas, challenging his detention in the Eden

Detention Center pending immigration proceedings. Dkt. No. 1. She did not pay the filing

fee. The Clerk opened this civil action No. 6:26-CV-00067-H, but upon further review, the

Court notes that Lopez previously filed a similar action in the Dallas Division of this Court,

which was transferred here and opened in civil action No. 6:26-CV-00054-H. Because both

actions contain the same parties and issues, the Court finds that they should be consolidated

into one civil action. *See* Fed. R. Civ. P. 42(a).

The Court therefore orders the following:

1. The Clerk is directed to transfer all the present pleadings in No. 6:26-CV-00067-H to No. 6:26-CV-00054-H.

2. All future filings should bear No. 6:26-CV-00054-H.

3. No. 6:26-CV-00067-H is administratively closed.

4. For the same reasons stated in the order and notice of deficiency entered in No. 6:26-CV-00054-H, Dkt. No. 8, the Court finds that Lopez lacks standing

to pursue relief on behalf of Bohorquez Arciniegas. Thus, the Clerk is directed to change the caption of this case to reflect that the only proper petitioner is Roberth Alexander Bohorquez Arciniegas. The Clerk will mail a copy of this order to both Petitioner and Lopez. However, Lopez will not receive any further notice of these proceedings. Bohorquez Arciniegas must file his amended petition as the Court instructed before if he wants to pursue his claims.

Dated February 27, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge