UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERTH ALEXANDER
BOHORQUEZ-ARCINIEGAS,

                Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

                Respondent.

No.  6:26-CV-00054-H

## DEFICIENCY SHOW CAUSE ORDER

Petitioner's partner filed a petition for writ of habeas corpus on his behalf.  On February 24, 2026, the Court found that the case could not proceed as filed by Petitioner's partner.  Dkt. No. 8.  But the Court provided Petitioner with an opportunity to pursue habeas relief on his own behalf.  *Id.*  The Court ordered Petitioner to file an amended petition and either pay the $5 filing fee or file an application to proceed *in forma pauperis* (IFP) within 30 days if he intends to pursue his claims.  Petitioner's partner filed a second petition on his behalf, which was consolidated into this action.  *See* Dkt. Nos. 9, 10.  But again the Court found that Petitioner's partner lacked standing to seek relief on his behalf.

Petitioner did not file an amended petition, nor did he pay the filing fee or file an IFP application.  The Court therefore orders that if Petitioner intends to pursue relief, he must—within 14 days from the date of this order—file his amended petition or show cause why the petition should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  If Petitioner fails to respond to this order, the Court will dismiss the petition without further notice.

So ordered.

Dated April 8, 2026.

James Wesley Hendrix
United States District Judge